# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 19-MJ-3-MAR |
| vs. | **PROBABLE CAUSE ORDER** |
| BRANDON JAMES SEYS, | |
| Defendant. | |

On January 9, 2019, this matter came on for a preliminary hearing on a criminal complaint charging defendant with possession with the intent to distribute a controlled substance. (Doc. 2). The Government was represented by Assistant United States Attorney Emily Nydle. The Defendant appeared personally and was represented by his attorney, Michael Lahammer. Defendant's counsel conceded that the Government established probable cause. For the reasons stated by the Court on the record at the time of hearing, the Court concludes that there is probable cause to believe that defendant committed the criminal offense charged in the complaint.

Therefore, defendant shall be held over for further proceedings. If defendant disagrees with this Court's order, he may appeal the Court's ruling to a district court judge.

DATED this 9th day of January, 2019.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa